The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MANAGEMENT SERVICES EAST, LLC, AMERICAN MANAGEMENT SERVICES CALIFORNIA, LLC, AMERICAN MANAGEMENT SERVICES, LLC, DBA PINNACLE BELVOIR LLC, PINNACLE BELVOIR LLC, PINNACLE MONTEREY, LLC, PINNACLE IRWIN, LLC, GFS RISK, LLC, GOODMAN REAL ESTATE, INC., GOODMAN FINANCIAL SERVICES, INC., JOHN GOODMAN, and STANLEY HARRELSON,<br><br>Defendants. | Case No. 2:15-cv-1000-TSZ<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTE ON MOTION CALENDAR: DECEMBER 18, 2015 |

In an effort to avoid redundancy, defendants respond in opposition to plaintiff Scottsdale Insurance Company's motion for summary judgment (ECF 31) filed in this case by incorporating by reference for all purposes "Plaintiffs' Response to Defendants' Cross-Motions for Summary Judgment" filed in the companion matter to this case, which is captioned *American Management Services East, LLC, et al. v. Scottsdale Insurance Co., et al.*, United States District Court for the

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1
Case No.: 2:15-cv-01000-TSZ

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

1040161\v1

1  Western District of Washington, Case No. 2:15-cv-01004-TSZ.

2      For the reasons stated therein, defendants in this case respectfully request that the Court

3  deny Scottsdale's motion for summary judgment on the duty to defend.

4      Dated this 11th day of December, 2015.

**BALL JANIK LLP**

*s/ Kyle A. Sturm*  _____
Kyle A. Sturm, *Admitted pro hac vice*
ksturm@balljanik.com
Kevin S. Mapes, WSBA #40416
kmapes@balljanik.com
Nicholas A. Thede, WSBA #43765
nthede@balljanik.com
James C. Prichard, WSBA #30077
jprichard@balljanik.com
101 SW Main Street, Suite 1100
Portland, OR 97204
Tel: 503.228.2525 / Fax: 503.295.1058
Attorneys for Plaintiffs

**BOWERS FOREMAN PLLC**

*s/ Linda L. Foreman*_____
Linda L. Foreman, WSBA #11817
linda@lindaforeman.com
5825 60th Street SE
Snohomish, WA 98290
Tel: 425.377.1100

Attorneys for Plaintiffs

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2
Case No.: 2:15-cv-01000-TSZ

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

1040161\v1

**CERTIFICATE OF SERVICE**

I hereby certify that I served a full, true and correct copy of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT by:

- ☐ U.S. Postal Service
- ☒ Electronically, utilizing CM/ECF
- ☐ Facsimile
- ☐ Arranging for hand delivery [as indicated]
- ☐ Overnight mail
- ☐ Electronic mail, via Outlook

addressed to the following named person(s) at their last known address(es):

Peter Mintzer, WSBA No. 19995
Selman Breitman, LLP
800 5th Ave., Ste. 4100
Seattle, WA  98104
T: 206-447-6461
F: 206-588-4185
pmintzer@selmanlaw.com

Geoff Bridgman, WSBA No. 25242
Tracy N. Grant, WSBA No. 40877
Mary Re Knack, WSBA No. 26945
Ogden Murphy Wallace, PLLC
901 5th Ave., Ste. 3500
Seattle, WA  98164-2008
T: 206-447-7000
F: 206-447-0215
gbidgman@omwlaw.com
tgrant@omwlaw.com
mknack@omwlaw.com

Attorneys for Scottsdale Insurance Company

DATED: December 11, 2015     BALL JANIK LLP

By: s/ Kyle A. Sturm
Kyle A. Sturm, *Admitted pro hac vice*
ksturm@balljanik.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE - 1
Case Number:  C15-1000-TSZ

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525