1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

SCOTTSDALE INSURANCE
COMPANY,

9

              Plaintiff,

C15-1000 TSZ

10

      v.

11

AMERICAN MANAGEMENT
SERVICES EAST, LLC, et al.,

12

              Defendants.

13

AMERICAN MANAGEMENT
SERVICES EAST, LLC, et al.,

14

              Plaintiffs,

15

      v.

C15-1004 TSZ

16

SCOTTSDALE INSURANCE
COMPANY, et al.,

ORDER

17

18

              Defendants.

19

20

        In light of the parties' stipulations to consolidate these cases, docket no. 35 in Case

21

No. C15-1000 and docket no. 69 in Case No. C15-1004, Case No. C15-1000 is

22

23

- 1

1  CONSOLIDATED into Case No. C15-1004, and all future pleadings and other papers

2  related to these matters shall be filed only in Case No. C15-1004.

3       The Clerk is DIRECTED to CLOSE Case No. C15-1000 and to send a copy of this

4  Order to all counsel of record.

5       IT IS SO ORDERED.

6       Dated this 7th day of January, 2016.

7

8       _____

9       Thomas S. Zilly
        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2